NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RAYMOND EDWARD McKAY,                  )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D17-4228
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
                                       )
_____)

Opinion filed October 31, 2018.

Appeal from the Circuit Court for
Hillsborough County; Daniel L. Perry,
Judge.

Joe Caimano, Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Bilal Ahmed Faruqui,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.



LaROSE, C.J., and CASANUEVA and ROTHSTEIN-YOUAKIM, JJ., Concur.